414 A.2d 129

### In re ADOPTION OF B. L. H. and H. L. H.

**Appeal of W. M. B. and J. A. B.**

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 16, 1980.

James P. Coho, Lancaster, for appellant.

Carol Gundel Falk, Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.